UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRENT WEST and TRENT WEST, INC.<br><br>Plaintiffs,<br><br>v.<br><br>DIAMOND SERVICES, MANAGEMENT, LLC, and FREDERICK GOLDMAN, INC.,<br><br>Defendants. | Case No. 21-cv-05329 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Richard Seeborg for consideration of whether the case is related to 3:19-cv-02472 RS, *Trent West, et al v. Diamond Services Management, LLC, et al.*

**IT IS SO ORDERED.**

Dated: July 13, 2021

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 21-cv-05329 NC
SUA SPONTE JUDICIAL REFERRAL